**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

KATHERINE SAUTER,

        Plaintiff,                  Case No.  0:20-cv-2044-ECT-DTS

v.

3M COMPANY,

        Defendant.

**JOINT STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) Plaintiff, Katherine Sauter, and Defendant, 3M Company, by and through their respective undersigned counsel, hereby stipulate and agree that this action shall be dismissed in its entirety and with prejudice. Further, each party will bear its own costs, expenses and attorneys' fees.

72872746v.1

2

Dated:  July 12, 2021

By:  */s/ Mark R. Bradford*

Mark R. Bradford (MN Bar # 335940)
Bassford Remele, PLC
100 South Fifth St., Ste. 1500
Minneapolis, MN 55402
Tele: (612) 333-3000
Email: mbradford@bassford.com

Denise Y. Tataryn (MN Bar # 179127)
Nolan, Thompson, Leighton, & Tataryn, PLC
5001 American Blvd. West, Ste. 595
Bloomington, MN 55437
Tele: (952) 405-7171
Email: dtataryn@nmtlaw.com

*Counsel for Plaintiff*

Dated:  July 12, 2021

By:  */s/ Nathan P. Lusignan*

Sam Schwartz-Fenwick (*pro hac vice*)
Sschwartz-fenwick@seyfarth.com
Nathan P. Lusignan (*pro hac vice*)
nlusignan@seyfarth.com
Seyfarth Shaw, LLP
233 S. Wacker Drive, Suite 8000
Chicago, IL 60606
Phone:  (312) 460-5000
Facsimile:  (312) 460-7000

Barbara Berens
bberens@berensmiller.com
Erin Fogarty Lisle
elisle@berensmiller.com
BERENS MILLER P.A.
80 S. 8th Street, Suite 3720
Minneapolis, MN 55402
Telephone: (612) 349-6171
Facsimile: (612) 349-6416

*Counsel for Defendant*

72872746v.1

## CERTIFICATE OF SERVICE

A copy of the foregoing *Joint Stipulation of Dismissal* has been served, via the Court's CM/ECF system, this 12th day of July, 2021, upon:

>Mark R. Bradford
>Bassford Remele, PLC
>100 South Fifth St., Ste. 1500
>Minneapolis, MN 55402
>Email: mbradford@bassford.com
>
>Denise Y. Tataryn
>Nolan, Thompson, Leighton, & Tataryn, PLC
>5001 American Blvd. West, Ste. 595
>Bloomington, MN 55437
>Email: dtataryn@nmtlaw.com

>*/s/ Nathan P. Lusignan*
>Nathan P. Lusignan

72872746v.1